United States District Court
Southern District of Texas
**ENTERED**
June 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TANALI FAMILY TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-154 |
| | § | |
| UNITED PARCEL SERVICE, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order (Doc. 24) and Memorandum Opinion (Doc. 26), Final Judgment is entered in favor of Defendant United Parcel Service, Inc. as to Plaintiff Tanali Family Trust's causes of action. Tanali Family Trust takes nothing in this lawsuit against United Parcel Service, Inc.

Each party shall be responsible for its own fees and costs.

The Clerk of Court is directed to close this matter.

Signed on June 11, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge